IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST
Anne B. SHINDELL, Attorney at Law:

OFFICE OF LAWYER REGULATION, Complainant,

v.

Anne B. SHINDELL, Respondent.

Supreme Court

*No. 02–1997–D. Decided July 2, 2003.*

2003 WI 93

(Also reported in 665 N.W.2d 170.)

IT IS ORDERED that the petition for consensual license revocation is granted.

IT IS FURTHER ORDERED that the license of Anne B. Shindell to practice law in Wisconsin is revoked effective the date of this order.

IT IS FURTHER ORDERED that Anne B. Shindell shall comply with the requirements of SCR 22.26 relating to activities following revocation.

IT IS FURTHER ORDERED that Anne B. Shindell shall pay the costs of this proceeding.

Bradley, J., dissents. *See Disciplinary Proceedings Against Wortley,* 126 Wis. 2d 58, 62, 374 N.W.2d 898 (1985) (revocation by consent can occur "provided the attorney is willing to admit to having engaged in professional misconduct").